No. 97–5380. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5382. HARDING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5384. MACKLIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5385. NANCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5387. KELLY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5389. MCCULLOUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5390. LUCIOUS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5391. LAMPKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5392. BROWNING v. UNITED PARCEL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 97–5394. ZAMORA-DELGADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5395. SMITH ET AL. v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–5396. PRICE v. ARPAIO ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5397. STEPHENSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5398. ROGERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.